# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| FELICIA PATTERSON,            )<br>                              )<br>            Plaintiff,      )<br>                              )<br>v.                            )<br>                              )<br>CAROLYN W. COLVIN,            )<br>Acting Commissioner of Social Security, )<br>                              )<br>            Defendant.     )<br>_____) | Civil Action No. 5:15-cv-01448-JMC<br><br>**ORDER** |

    This matter is before the court on motion of Plaintiff, through her attorney, William B. Jung, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 4212. (ECF No. 19.) In a Joint Stipulation, filed on July 5, 2016, the parties agreed that Plaintiff would be awarded $4,100.00 in attorney's fees and $400.00 in federal court filing fee costs. (ECF No. 20 at 1.) After reviewing Plaintiff's Motion and the Joint Stipulation, the court finds that the stipulated request for fees is reasonable.

    In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel. The amount of attorney's fees payable to Plaintiff will be the balance of stipulated attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees under the stipulation, the stipulated amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (*See* ECF No. 20.)

2

After a thorough review of the record and the parties' Joint Stipulation, (ECF No. 20), the court **GRANTS** Plaintiff's Motion for Attorney's Fees, (ECF No. 19), and Plaintiff shall be awarded $4,100.00 in attorney's fees and $400.00 in federal court filing fee costs.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

July 14, 2016
Columbia, South Carolina

2